# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

### September 19, 2012

| CAAP–11–00 00592 | Fagaragan v. State | Affirmed |
|---|---|---|
| 30587 | Kuehu v. Gate Gourmet, Inc. | Affirmed |

### September 24, 2012

| CAAP–11–00 00774 | State v. Rivera | Affirmed |
|---|---|---|

### September 25, 2012

| CAAP–11–00 00137 | Kondaur Capital Corp. v. Marcus | Affirmed |
|---|---|---|
| CAAP–11–00 00008 | State v. Hoke | Affirmed |
| CAAP–11–00 00024 | State v. Hoke | Affirmed |
| CAAP–11–00 00813 | State v. Kanakaʻole | Affirmed |
| CAAP–11–00 00528 | State v. Tran | Vacated and Remanded |
| CAAP–11–00 00097 | State v. Woodhall | Affirmed |

### September 26, 2012

| CAAP–11–00 00575 | Den Van Nguyen v. State | Affirmed |
|---|---|---|
| CAAP–11–00 00749 | State v. Hart | Affirmed |
| CAAP–11–00 00323 | State v. Gibbs | Affirmed |